**FILED**

June 18, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KARIMA ALI,

          Plaintiff,         NO. 1:08-cv-00683-AWI-SMS

vs.

*ORDER RE DISPOSITIVE DOCUMENTS*
*AFTER NOTICE OF SETTLEMENT*

N.C.C., etal.,

          Defendants.
_____/

      Counsel has informed the court that the parties (Karima Ali v. defendant NCO Portfolio Management Inc. only) have settled the above-captioned case. **In accordance with the provisions of Local Rule 16-160, the court now orders that a dispositive documents be submitted no later than July 8, 2008**

      **All court dates,** as to Defendant NCO Portfolio Management Inc. is hereby **VACATED.**

      **Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who**

1  **contributed to the violation of this order (see attached Notice of**

2  **Local Rule 16-160 and Local Rule 16-272.)**

3

4  **IT IS SO ORDERED.**

5

6  DATED:    June 18, 2008

7

8                                            /s/ Sandra M. Snyder
                                            SANDRA M. SNYDER
9                                            UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

## NOTICE

3

4
## Local Rule 16-160

5
### NOTICE OF SETTLEMENT OR OTHER DISPOSITION

6

7     **(a)  Notice.**   When an action has been settled or otherwise
disposed of, or when any motion seeking general or interim relief
has been resolved, whether by settlement conference or out of
8 Court, and whether the action is pending in the District Court or
is before an appellate court, it is the duty of counsel to inform
9 the courtroom deputy clerk and the assigned Court's chambers
immediately.  See L.R. 16-272.

10

     **(b)  Dispositional Documents.**     Upon such notification of
11 disposition or resolution of an action or motion, the Court shall
thereupon fix a date upon which the documents disposing of the
12 action or motion must be filed, which date shall not be more than
twenty (20) calendar days from the date of said notification,
13 absent good cause. The Court may, on good cause shown, extend the
time for filing the dispositional papers.  A failure to file
14 dispositional papers on the date prescribed by the Court may be
grounds for sanctions. See L.R. 16-272.

15

16

17
## Local Rule 16-272

18
### NOTICE OF SETTLEMENT

19

20     **(a)  General Rule.**  See L.R. 16-160.

     **(b)  Sanctions.**  If for any reason attributable to counsel or
21 parties, including settlement, the Court is unable to commence a
jury trial as scheduled where a panel of prospective jurors has
22 reported for voir dire, the Court may assess against counsel or
parties responsible all or part of the cost of the panel. See L.R.
23 11-110.

24

25

26

27

28