Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz

Attorney for NCO Portfolio Management, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIMA ALI,<br><br>                    Plaintiff,<br><br>     vs.<br><br>NCC, COMMONWEALTH FINANCIAL SYSTEMS, NCO PORTFOLIO MANAGEMENT, INC.,<br><br>                    Defendants | Case No.  08-CV-00683 AWI-SMS<br><br>STIPULATION AND NOTICE OF DISMISSAL WITH PREJUDICE AND ORDER<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, KARIMA ALI, and Defendant, NCO PORTFOLIO MANAGEMENT, INC., stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, KARIMA ALI, against Defendant, NCO PORTFOLIO MANAGEMENT, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

2. No other defendant has been served in this action.  As to unserved defendants, Plaintiff hereby gives notice of dismissal of this action in its entirety.

STIPULATION AND NOTICE OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

1

Dated: 6/30/08            ___/s/Karima Ali_____
                                    Karima Ali
                                    Plaintiff, in pro per

Dated:        6/30/08            SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                               ___/s/Debbie P. Kirkpatrick_____
                               Debbie P. Kirkpatrick
                               Attorney for Defendant
                               NCO Portfolio Management, Inc.

**ORDER**

       The parties seek dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.   Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared, although an oral stipulation in open court will also suffice.  <u>Carter v. Beverly Hills Sav. & Loan Asso.</u>, 884 F.2d 1186, 1191 (9th Cir. 1989); <u>Eitel v. McCool</u>, 782 F.2d 1470, 1472-73 (9th Cir. 1986).  Once the stipulation between the parties who have appeared is properly filed or made in open court, no order of the court is necessary to effectuate dismissal.  Fed. R. Civ. Pro. 41(a)(1)(ii); <u>Eitel</u>, 782 F.2d at 1473 n.4.  Because Plaintiff has filed a stipulation for dismissal

with prejudice as to all parties under Rule 41(a)(1)(ii) that is signed by all parties who have made an appearance, this case has terminated.  <u>See</u> Fed. R. Civ. Pro. 41(a)(1)(ii); <u>In re Wolf</u>, 842 F.2d at 466; <u>Gardiner</u>, 747 F.2d at 1189; <u>see also</u> <u>Gambale</u>, 377 F.3d at 139; <u>Commercial Space Mgmt</u>, 193 F.3d at 1077; <u>cf.</u> <u>Wilson</u>, 111 F.3d at 692.

       Therefore, IT IS HEREBY ORDERED that this action is DISMISSED and the Clerk of the Court is DIRECTED to close this case in light of the parties' filed and signed Rule 41(a)(1)(ii) Stipulation For Dismissal With Prejudice.

                      It is so ORDERED by:

Date: <u>07/07/2008</u>                      /s/ Anthony W. Ishii
                                              Chief United StatesDistrict Judge